UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2003 OCT 31  P 3:59

US DISTRICT COURT
BRIDGEPORT CT

BRIDGEPORT HARBOUR PLACE I, LLC

v                                           3:01cv2162 (AHN)

JOSEPH P. GANIM
ALFRED LENOCI, SR.
ALFRED LENOCI, JR.
MICHAEL SCHINELLA
PAUL J. PINTO
LEONARD GRIMALDI
CHARLES J. WILLINGER, JR.
JOSEPH T. KASPER, JR.
DENNIS MURPHY
MICHAEL W. FREIMUTH
WILLINGER, WILLINGER & BUCCI
KASPER GROUP, INC.
HARBOR COMMUNICATIONS, INC.
UNITED PROPERTIES LTD.
815 LAFAYETTE CENTRE, LLC
UNITED INVESTMENTS, LLC
UNITED ENVIRONMENTAL REDEVELOPMENT CO.
CRESCENT AVENUE DEVELOPMENT CO., LLC
CITY OF BRIDGEPORT

## JUDGMENT

This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge, as a result of the defendants' motions to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motions and oral argument was held on July 14, 2003. On September 23, 2003, the Court entered a Ruling on Defendants' Motions to Dismiss granting defendants' motions.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants

and the case is closed.

Dated at Bridgeport, Connecticut, this 29th day of September, 2003.

Kevin F. Rowe, Clerk

By _____
Deputy Clerk

Entered on Docket